## (December 24, 1980)

■ In the Matter of the Claim of JOHN DONOVAN, Respondent, v KNICKERBOCKER WAREHOUSING CORPORATION, Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from decisions of the Workers' Compensation Board, filed February 26, 1979 and August 8, 1979. Claimant, a 42-year-old warehouseman, suffered a heart attack while loading cases of liquor weighing 50 to 100 pounds. The board found that "as a result of work efforts engaged in on 8/16/77, claimant was caused to experience exertion entailing more than ordinary wear and tear and that such work efforts resulted in the myocardial infarction." The decision of the board is supported by substantial evidence. Decision affirmed, with costs to the Workers' Compensation Board. Mahoney, P. J., Greenblott, Main, Mikoll and Casey, JJ., concur.

■ In the Matter of the Claim of SOL SHERMAN, Respondent, v METAL CITY FINDINGS CORPORATION et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed November 29, 1979, as amended by a decision filed on March 11, 1980, which affirmed an award of compensation to claimant for his disability resulting from a fracture of his left leg. The board found that claimant's "lunch period was a combination eating and working time and therefore accident arising out of and in the course of employment is established". Substantial evidence in the record supports the determination of the board. Decision affirmed, with costs to the Workers' Compensation Board. Mahoney, P. J., Greenblott, Main, Mikoll and Casey, JJ., concur.